No. 11–0104/AF. U.S. v. Edward T. Hudson. CCA 37249. On consideration of Appellee's petition for reconsideration of this Court's order of August 14, 2013, it is ordered that said petition for reconsideration is denied.

No. 11–0567/AR. U.S. v. Eric L. Nordin. CCA 20090044. Appellant's motion to substitute the supplement to the petition for grant of review is granted.

No. 13–0594/AR. U.S. v. Alice M. Roosa. CCA 20100879. Appellant's motion for leave to substitute personal matters is granted.

No. 13–0717/AF. U.S. v. Zachary R. Lynch. CCA 38094. Appellee's motion to strike Appellant's attachment of facts outside the record but included in Appellant's brief is denied.

No. 13–6004/AF. U.S. v. Samuel A. Wicks. CCA 2013–08. On consideration of the motions to allow the appearance of a law student on behalf of amicus curiae (Jonathan Brown), to allow for Jonathan Brown to appear as amicus curiae, to submit oral argument, and to file an amicus curiae brief, it is ordered that said motions are hereby granted, and the amicus curiae will be allotted 10 minutes to present oral argument.

No. 14–0031/AF. U.S. v. Gary B. Higgins. CCA 38202. Appellant's motion to withdraw his petition for grant of review is granted.

No. 14–0103/AR. U.S. v. Robert A.C. Pearson. CCA 20120324. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 29, 2013.

Friday, October 11, 2013

Misc. No. 14–8003/AF. U.S. v. Douglas A. Toro. CCA 2013–23. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for a petition for extraordinary relief in the nature of mandamus or prohibition, and accompanying brief, were filed under Rule 27(b) on this date. Appellee will file an answer on or before the 21st day of October, 2013.

No. 13–0442/MC. U.S. v. Charles C. Hornback. CCA 201200241. Appellant's motion to extend time to file a brief granted, *up to and including November 8, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–6004/AF. U.S. v. Samuel A. Wicks. CCA 2013–08. On consideration of the motions to appear pro hac vice, to allow the appearance of a law student on behalf of amicus curiae (Anthony Pellegrini), for Anthony Pellegrini to appear as amicus curiae, to submit oral argument, to file an amicus curiae brief, and to file corrected briefs, it is ordered that said motions are hereby granted, and the amicus curiae will be allotted 10 minutes to present oral argument.

No. 14–0048/AR. U.S. v. Jason C. Wagner. CCA 20111064. Appellant's motion to extend time to file the supplement granted, *but only up to and including October 24, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0049/AR. U.S. v. Robert A. Warren. CCA 20100914. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 24, 2013, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0083/MC. U.S. v. Jose M. Lopez. CCA 201200457. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including November 1, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0104/AR. U.S. v. Holly C. Harrison. CCA 20120345. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 30, 2013.

Tuesday, October 15, 2013

No. 14–0012/AF. U.S. v. Nicholas R. Elespuru. CCA 38055. Review granted on the following issue: